UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
*Electronically filed*

| | |
|---|---|
| **COMMONWEALTH OF KENTUCKY**, *et. al.*<br><br>*Plaintiffs*<br><br>v.<br><br>**JOSEPH R. BIDEN** in his official capacity as President of the United States,, *et. al.*<br><br>*Defendants* | Civil Action No. 3:21-cv-00055-GFVT |

## DECLARATION OF N. ANTONIO NIKNEJAD

Pursuant to 28 U.S.C. § 1746, I, N. Antonio Niknejad duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. I serve as the Policy Director to Bill Lee, Governor of the State of Tennessee. In this role, I serve as a member of the Governor's cabinet and am responsible for leading the development of the Governor's policy agenda, which includes tax policy, spending, our response to federal policies and other interactions with the federal government, including federal contracts.

3. I have reviewed the Executive Order 14042, 86 Fed. Reg. 50,985 (Sept. 9, 2021); Determination of the Promotion of Economy and Efficiency in Federal Contracting Pursuant to Executive Order No. 14042 ("OMB Determination"), 86 Fed.

Reg. 53,691 (Sept. 28, 2021); Safer Federal Workforce Task Force's September 24, 2021 guidance ("Task Force Guidance"); and, the Federal Acquisition Regulatory Council's Memorandum ("FAR Council Guidance"), *see* Memorandum from FAR Council to Chief Acquisition Officers et al. re: Issuance of Agency Deviations to Implement Executive Order 14042, (Sept. 30, 2021), *available at* https://perma.cc/9BQ8-XBT6 (last visited Nov. 2, 2021).

4. The State of Tennessee, through its agencies and its political subdivisions, routinely contracts with the federal government. These contracts include agreements with federal agencies that exceed the simplified acquisition threshold.

5. The State of Tennessee, through its agencies and its political subdivisions, engages in a wide range of federal contracts, including but not limited to those that relate to staffing assistance, research, regulatory program agreements, leases of and access to federal real property, and agreements for data and information sharing.

6. These contracts benefit millions of Tennesseans by providing vital services and resources and by providing employment to thousands of Tennessee's citizens.

7. The State of Tennessee expects to continue pursuing government contracts in the future.

8. The State of Tennessee has current contracts subject to renewal or the exercise of options after October 15, 2021.

9. The mandate set forth in Executive Order 14042, the OMB Determination, the Task Force Guidance, and the FAR Council Guidance threatens the State of Tennessee with the loss of millions of dollars in future contracting opportunities and will put undue pressure on the State of Tennessee to create new policies, which threatens irreparable harm.

10. Public employees are generally not required to be vaccinated under the laws of the State of Tennessee.

11. In fact, Tennessee law states that "[t]he governor shall not issue an executive order, a state agency or department shall not promulgate a rule, and a political subdivision of this state shall not promulgate, adopt, or enforce an ordinance or resolution that requires a person to receive an immunization, vaccination, or injection for the SARS-CoV-2 virus or any variant of the SARS-CoV-2 virus." Tenn. Code Ann. § 68-5-115.

12. The mandated vaccination requirement for employees of federal contractors presents both logistical and financial burdens for the State of Tennessee as the State and its agencies will be required track and manage verification of vaccination status, review and make determinations on accommodation requests, implement all accommodations granted, and possibly take steps to ensure separation of covered and non-covered employees.

13. The statements in this Declaration are based on my personal knowledge of information provided to me in my official capacity.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

_____
N. Antonio Niknejad

__11/08/21_____
Date