UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,  <br><br>    Plaintiffs,  <br><br>v.  <br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,  <br><br>    Defendants. | Civil No. 3:21-cv-00055-GFVT  <br><br>**ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Plaintiffs' motion for a temporary restraining order and preliminary injunction. [R. 12.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. A telephonic status conference to schedule a hearing in this matter is **SCHEDULED** for **Tuesday, November 9, 2021, at 3:30 p.m.**, with Judge Van Tatenhove sitting in Frankfort, Kentucky; and

2. To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-877-336-1280 and enter Access Code 2086161 (followed by #), and, when requested, enter the Security Code 09170 (followed by #).

This the 8th day of November, 2021.

Gregory F. Van Tatenhove
United States District Judge