UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CIVIL MINUTES-FINAL -GENERAL MINUTES

CASE NO. 3:21-cv-55-GFVT     AT: Frankfort     DATE: November 9, 2021

STYLE: Commonwealth of Kentucky, et al. v. Joe Biden, et al

PRESENT: HON. _____, U.S. DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel Present For Commonwealth of Kentucky:
    Barry L. Dunn
    Christopher Thacker
    Matthew Kuhn
    Jeremy Sylvester
    Alexander Magera
    Victor Maddox

Counsel Present For State of Ohio, Frederick Stevens & Scott Hildenbrand
    Benjamin M. Flowers

Counsel Present For State of Tennessee:
    Dianna B. Shew

Attorney Present for Joseph R. Biden, et al:
    Jody D. Lowenstein
    Brad Rosenberg
    Zachary Avallone

Court Reporter: Sandy Wilder     Courtroom Deputy: Mary Jane Younce

**PROCEEDINGS: TELEPHONE CONFERENCE**

This matter was called for a telephone conference with counsel present as noted. The Court heard counsel and being advised, hereby ORDERS as follows:

1. Defendants shall have until midnight on November 16, 2021, to file their response to Plaintiff's Preliminary Injunction, R. 12. Plaintiffs shall have until midnight on November 17, 2021 to file their reply. A Motion hearing shall be set by subsequent order for this matter.

2. Plaintiff's Motion for Leave to File and Overlength Brief for an additional six pages, R. 11, is GRANTED. Likewise, defendant's response may include an additional six pages.

This the 29th day of September 2021.

cc: COR,
Initials of Deputy Clerk: MJY
TIC: 0/20