UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Civil No. 3:21-cv-00055-GFVT ) |
| v. | ) ) **ORDER** ) |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) ) ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion to schedule a hearing to address Plaintiffs' preliminary injunction in this matter. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that a hearing in this matter shall be held **Thursday, November 18, 2021**, at the hour of **1:30 p.m.** at the Federal Courthouse in **Frankfort**, Kentucky.

This the 9th day of November, 2021.

Gregory F. Van Tatenhove
United States District Judge