IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
*Electronically Filed*

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Defendants. | Civil No. 3:21-cv-00055-GFVT |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion & Order dated November 30, 2021, ECF No. 50, granting Plaintiffs' motion for a preliminary injunction, ECF No. 12.

DATED: December 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
 DC Bar No. 1023361
JODY D. LOWENSTEIN

1

   Mont. Bar No. 55816869
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On December 3, 2021, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Kentucky, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Zachary A. Avallone*
                                                ZACHARY A. AVALLONE
                                                Trial Attorney
                                                U.S. Department of Justice