UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
*Electronically filed*

| | |
|---|---|
| **COMMONWEALTH OF KENTUCKY**, *et. al.* *Plaintiffs* v. **JOSEPH R. BIDEN** in his official capacity as President of the United States, *et. al.* *Defendants* | Civil Action No. 3:21-cv-00055-GFVT |

**PLAINTIFFS' NOTICE OF INTENT TO RESPOND TO DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL AND FOR IMMEDIATE EMERGENCY STAY**

The Court granted Plaintiffs' motion for a preliminary injunction on Tuesday, November 30, 2021. [R. 50.] After waiting more than three full business days—and without any advance notice to Plaintiffs—the Defendants filed a self-styled "emergency motion" for a stay *after* the close of business on Friday. [R. 53.] Plaintiffs believe a response within the same three-business-day timeframe is appropriate and therefore intend to file a response no later than Wednesday, December 8, 2021. The Plaintiffs will, however, meet any court-ordered deadline.

Respectfully Submitted,

**Daniel Cameron**
**ATTORNEY GENERAL**

/s/ Christopher L. Thacker
Barry L. Dunn (KBA No. 93787)

Christopher L. Thacker (KBA No. 91424)
Heather L. Becker (KBA No. 94360)
Jeremy L. Sylvester (KBA No. 92771)
Alexander Y. Magera (KBA No. 97708, *admission application submitted*)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Barry.Dunn@ky.gov
Christopher.Thacker@ky.gov
Heather.Becker@ky.gov
Jeremy.Sylvester@ky.gov
Alexander.Magera@ky.gov

*Counsel for the Commonwealth of Kentucky*


**Dave Yost**
**ATTORNEY GENERAL**

/s/ Benjamin M. Flowers
Benjamin M. Flowers, *pro hac vice*
Carol O'Brien, *pro hac vice*
May Davis, *pro hac vice*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-4986
bflowers@OhioAGO.gov

*Counsel for the State of Ohio, Fredrick W. Stevens, and Scott A. Hildenbrand*

James R. Flaiz, *pro hac vice*
Prosecuting Attorney
Geauga County Prosecutor's Office
231 Main St., 3rd Floor
Chardon, OH 44024
Phone: (440) 279-2100

*Counsel for Scott A. Hildenbrand*

**Herbert H. Slatery III**
**ATTORNEY GENERAL**

/s/ Brandon J. Smith
Dianna Baker Shew, *pro hac vice*
Brandon J. Smith, *pro hac vice*
Office of the Attorney General
and Reporter
P.O. Box. 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-4081
dianna.shew@ag.tn.gov
brandon.smith@ag.tn.gov
*Counsel for State of Tennessee*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2021, the above document was filed with the CM/ECF filing system, which will electronically serve a copy to all counsel of record.

/s/ Christopher L. Thacker
*Counsel for the Commonwealth*