# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 06, 2021

Zachary A. Avallone
U.S. Department Of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. Benjamin Michael Flowers
Office of the Attorney General
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ms. Dianna Baker Shew
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Christopher L. Thacker
Office of the Attorney General of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Re: Case No. 21-6147, *KY, et al v. Joseph Biden, et al*
Originating Case No. : 3:21-cv-00055

Dear Counsel,

This appeal has been docketed as case number **21-6147** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 20, 2021**. Additionally, the transcript order must be

completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Julie Anne Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Mr. James Royal Flaiz Jr.
    Jody D. Lowenstein

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-6147

COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF TENNESSEE; FREDRICK W. STEVENS, in his official capacity as Sheriff for the Seneca County (Ohio) Sheriff's Office; SCOTT A. HILDENBRAND, in his official capacity as Sheriff for the Geauga County (Ohio) Sheriff's Office

       Plaintiffs - Appellees

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States; UNITED STATES OF AMERICA; SAFER FEDERAL WORKFORCE TASK FORCE; UNITED STATES OF AMERICA, OFFICE OF PERSONNEL MANAGEMENT; KIRAN AHUJA, in her official capacity as Director of the Office of Personnel Management and as Co-Chair of the Safer Federal Workforce Task Force; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Acting Director of the Office of Management and Budget and as a Member of the Safer Federal Workforce Task Force; GENERAL SERVICES ADMINISTRATION; ROBIN CARNAHAN, in her official capacity as Administrator of the General Services Administration and as Co-Chair of the Safer Federal Workforce Task Force; JEFFREY ZIENTS, in his official capacity as Co-Chair of the Safer Federal Workforce Task Force and COVID-19 Response Coordinator; L. ERIC PATTERSON, in his official capacity as Director of the Federal Protective Service; JAMES M. MURRAY, in his official capacity as Director of the United States Secret Service; DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency; ROCHELLE P. WALENSKY, in her official capacity as Director of the Centers for Disease Control; FEDERAL ACQUISITION REGULATORY COUNCIL; LESLEY A. FIELD, in her official capacity as Acting Administrator for Federal Procurement, Office of Management and Budget; JEFFREY A. KOSES, in his official capacity as Senior Procurement Executive & Deputy Chief Acquisition Officer, General Services Administration; JOHN M. TENAGLIA, in his official capacity as Principal Director of Defense Pricing and Contracting, Department of Defense; KARLA S. JACKSON, in her official capacity as Assistant Administrator for Procurement, National Aeronautics and Space Administration; UNITED STATES FOOD AND DRUG ADMINISTRATION, Department of Health and Human Services; JANET WOODCOCK, MD, in her official capacity as Acting Commissioner of Food and Drugs; NATIONAL INSTITUTES OF HEALTH, Department of Health and Human Services; FRANCIS S. COLLINS, in his official capacity as Director of the National Institutes of Health; UNITED STATES BUREAU OF LABOR STATISTICS, Department of Labor; WILLIAM W. BEACH, in his official capacity as Commissioner of the United States Bureau of Labor Statistics; UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION; PETER A. FELDMAN, in his official capacity as Commissioner of the United States Consumer Product Safety Commission; TAE D. JOHNSON, in his official capacity as Director of Immigration and Customs Enforcement; RANDOLPH D. ALLES, in his official capacity as Undersecretary for Management of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Department of Homeland Security

       Defendants - Appellants