UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | Civil No. 3:21-cv-00055-GFVT |
| v. ) ) ) | **ORDER** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, ) ) ) ) | |
| Defendants. | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on a Notice filed by Plaintiffs following Defendants' Emergency Motion to Stay Pending Appeal. [R. 54.] On November 30, 2021, the Court issued its opinion and order granting Plaintiffs' preliminary injunction. [R. 50.] Three days later, after the close of business on December 3, Defendants filed a Motion for Emergency Stay Pending Appeal. [R. 53.] Plaintiffs now request the opportunity to file a response by the end of Wednesday, December 8. [R. 54.]

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiffs shall have until the end of Wednesday, **December 8, 2021**, to file a response to Defendants' Emergency Stay Pending Appeal; and

2. Defendants shall have until the end of Friday, **December 10, 2021**, to file a reply to Plaintiffs' response.

This the 6th day of December, 2021.

Gregory F. Van Tatenhove
United States District Judge