UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Civil No. 3:21-cv-00055-GFVT ) |
| v. | ) ) **ORDER** ) |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) ) ) |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on a joint Motion to Stay Proceedings. [R. 60.] The Court granted Plaintiffs' motion for a preliminary injunction on November 30, 2021. [R. 50.] Defendants appealed that order, and it is currently pending before the Sixth Circuit.

The Plaintiffs filed an amended complaint, and Defendants are currently obligated to respond by the end of January 7, 2022. [R. 60 at 1.] Therefore, the parties jointly ask that the Court stay further proceedings in this matter pending final resolution of the Defendants' appeal to the Sixth Circuit of this Court's order granting Plaintiffs' preliminary injunction.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' joint Motion to Stay Proceedings **[R. 60]** is **GRANTED**; and

2. Further proceedings in this matter are **STAYED** pending final resolution of Defendants' appeal from the Court's order granting Plaintiffs' motion for a preliminary injunction. This the 3d day of January, 2022.

Gregory F. Van Tatenhove
United States District Judge